PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>      Plaintiff,<br><br>      v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, d/b/a WWW.EXPRESS-SCRIPTS.COM,<br><br>      Defendant. | Case No. 25-cv-01988-AJB-DDL<br><br>**DECLARATION OF SCOTT J. FERRELL, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** |

## <u>DECLARATION OF SCOTT J. FERRELL, ESQ.</u>

I, SCOTT J. FERRELL, declare and state as follows:

1.     I am an attorney admitted to practice before all courts of the State of California.  I am the founding partner of Pacific Trial Attorneys, counsel of record in this action for Plaintiff Miguel Esparza, a party to this action.  I have personal knowledge as to all matters set forth in this Declaration, or know them to be true based on my review of the records kept in the regular course of business by my law firm, and could and would competently testify to them under oath if called as a witness.  I offer this declaration in response to the Court's Order to Show Cause (ECF No. 3) ("OSC").

2.     As set forth in the concurrently filed Declaration of Miguel Esparza, Mr. Esparza resides in San Diego County and the events giving rise to his claim in this action occurred while at his residence in San Diego County, California, in April 2025.  As such, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

3.     In the Court's OSC, the Court references the civil cover sheet in *Miguel Esparza v. Ecoflow Technology Inc.*, No. 8:25-cv-01695-MWC-KES (C.D. Cal. filed July 31, 2025) ("*Ecoflow*"), Doc. No. 2, where it indicated Mr. Esparza resided in Los Angeles County.  The cover sheet in *Ecoflow* inadvertently indicated Los Angeles County was Mr. Esparza's county of residence when it is not.

4.     The cover sheet in *Ecoflow* should have indicated that the Central District of California was the proper venue for that matter because the defendant, Ecoflow Technology Inc.'s principal and mailing address is in the Central District of California, at 2020 Main Street, Suite 750, Irvine, CA 92614.

5.     I apologize to the Court for the inadvertent error on the *Ecoflow* cover sheet which led to confusion about propriety of venue in both matters.  Based on Mr. Esparza's county of residence and where the events giving rise to this action occurred, venue is proper in the Southern District of California for this matter.  Based on the principal address of Ecoflow Technology Inc., venue is proper in the Central District of California

for the *Ecoflow* matter.  I shall ensure the cover sheet in the *Ecoflow* matter is corrected and refiled.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 1 October 2025 at Newport Beach, California.

Scott J. Ferrell, Esq.

- 3 -

DECLARATION OF SCOTT J. FERRELL IN RESPONSE TO ORER TO SHOW CAUSE          Case No. 25-cv-01988-AJB-DDL

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on October 1, 2025, I filed the foregoing **DECLARATION OF SCOTT J. FERRELL, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

CERTIFICATE OF SERVICE                                                  Case No. 25-cv-01988-AJB-DDL