PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>          Plaintiff,<br><br>          v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, d/b/a WWW.EXPRESS-SCRIPTS.COM,<br><br>          Defendant. | Case No. 25-cv-01988-AJB-DDL<br><br>**DECLARATION OF MIGUEL ESPARZA IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** |

## <u>DECLARATION OF MIGUEL ESPARZA</u>

I, MIGUEL ESPARZA, declare and state as follows:

1.     My name is Miguel Esparza and I am the named plaintiff in the above-captioned matter.  Pacific Trial Attorneys and its attorneys represent me as counsel in the above-captioned matter.  If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge.  I offer this declaration in response to the Court's Order to Show Cause (ECF No. 3) issued on September 29, 2025.

2.     I reside on Valeta Street in San Diego, California.  I am a resident of San Diego County and was a resident of San Diego County in April 2025, when my claims in this action arose.

3.     In April 2025 when I used Defendant Express Script Pharmacy Inc.'s website at www.express-scripts.com, I was at my residence in San Diego County, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 1 October 2025 at San Diego, California.



DocuSigned by:

Miguel Esparza

E805CE404C45486...

Miguel Esparza

DECLARATION OF PLAINTIFF IN SUPPORT OF ORDER TO SHOW CAUSE     Case No. 25-cv-01988-AJB-DDL

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on October 1, 2025, I filed the foregoing **DECLARATION OF MIGUEL ESPARZA IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

CERTIFICATE OF SERVICE                                                    Case No. 25-cv-01988-AJB-DDL