TIFFANY CHEUNG (BAR NO. 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY, INC.
DBA
WWW.EXPRESS-SCRIPTS.COM

PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MIGUEL ESPARZA | Case No. 3:25-cv-1988 AJB DDL |
| Plaintiff, | **JOINT MOTION TO STAY** |
| v. | |
| EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, dba WWW.EXPRESS-SCRIPTS.COM, | Judge: Hon. Anthony J. Battaglia |
| Defendant. | |

1

Pursuant to Local Rule 7.2, Plaintiff Miguel Esparza and Defendant Express Scripts Pharmacy, Inc. (collectively, the "Parties") jointly move the Court to strike Defendant's deadline to respond to the Complaint and to stay briefing on Defendant's upcoming motion(s) to dismiss until the issue of venue that was *sua sponte* raised by the Court is resolved.

WHEREAS, Plaintiff filed the present Complaint on August 3, 2025 (Dkt. No. 1);

WHEREAS, Defendant agreed to waive service of a summons pursuant to Plaintiff's request on August 7, 2025;

WHEREAS, Defendant's deadline to respond to the Complaint is therefore October 6, 2025;

WHEREAS, on September 29, 2025, the Court issued an Order to Show Cause ordering Plaintiff to show cause why venue is proper in this District (Dkt. No. 3);

WHEREAS, on October 1, 2025, Plaintiff and counsel for Plaintiff filed declarations in response to the Court's Order to Show Cause (Dkt. No. 4, 5);

WHEREAS, Defendant's response brief is due on October 14, 2025 (Dkt. No. 3);

WHEREAS, the Parties agree that Defendant's deadline to respond to the Complaint should be stricken, and that briefing on Defendant's upcoming motion(s) to dismiss should be stayed until the issue of venue is resolved, pursuant to the Court's Order to Show Cause;

Accordingly, the Parties respectfully request that the deadline for Defendant to respond to the Complaint be struck, and that briefing on Defendant's upcoming motion(s) to dismiss be stayed until the issue of venue is resolved.

Dated:  October 2, 2025          MORRISON & FOERSTER LLP


By: */s/ Tiffany Cheung*
　　Tiffany Cheung

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY,
INC., DBA WWW.EXPRESS-
SCRIPTS.COM

Dated:  October 2, 2025          PACIFIC TRIAL ATTORNEYS


By: */s/ Victoria C. Knowles\*
　　Victoria C. Knowles

Attorneys for Plaintiff Miguel
Esparza

3

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Victoria C. Knowles, attorney for plaintiff Miguel Esparza and that I have obtained her authorization to affix her electronic signature to this document.


Dated:  October 2, 2025                    By: _/s/ Tiffany Cheung_
                                                      Tiffany Cheung

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2025, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Tiffany Cheung*

MF-363158832

5