PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>      Plaintiff,<br><br>      v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, d/b/a WWW.EXPRESS-SCRIPTS.COM,<br><br>      Defendant. | Case No. 25-cv-01988-AJB-DDL<br><br><br>**PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** |

## PLAINTIFF'S SUPPLEMENTAL BRIEF

Plaintiff Miguel Esparza ("Plaintiff") filed the instant action against Defendant Express Scripts Pharmacy, Inc. ("Defendant") on August 3, 2025, asserting causes of action arising under the Federal Wiretap Act (18 U.S.C. § 2511), the California Invasion of Privacy Act (Cal. P. Code § 638.51) and intrusion upon seclusion.

On September 29, 2025, the Court issued an Order to Show Cause (ECF No. 3) ("OSC") regarding the propriety of venue for this action in the United States District Court for the Southern District of California.

As set forth in the Declaration of Miguel Esparza (ECF No. 5), Plaintiff resides in San Diego County and the events giving rise to his claim in this action occurred while at his residence in San Diego County, California, in April 2025. (ECF No. 5, ¶¶ 2, 3). As such, venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2).

In the Court's OSC, the Court references the civil cover sheet in *Miguel Esparza v. Ecoflow Technology Inc.*, No. 8:25-cv-01695-MWC-KES (C.D. Cal. filed July 31, 2025) ("*Ecoflow*"), Doc. No. 2, where it indicated Plaintiff resided in Los Angeles County. The cover sheet in *Ecoflow* inadvertently indicated Los Angeles County was Plaintiff's county of residence when it is not. (ECF No. 4, ¶ 3). The cover sheet in *Ecoflow* should have indicated that the Central District of California was the proper venue for that matter because the defendant, Ecoflow Technology Inc.'s principal and mailing address is in the Central District of California, at 2020 Main Street, Suite 750, Irvine, CA 92614. (*Id.* at ¶ 4).

Counsel for Plaintiff apologizes to the Court for the inadvertent error on the *Ecoflow* cover sheet which led to confusion about propriety of venue in both matters. (*Id.* at ¶ 5). Based on Plaintiff's county of residence and where the events giving rise to this action occurred, venue is proper in the Southern District of California for this matter. Based on the principal address of Ecoflow Technology Inc., venue is proper in the Central District of California for the *Ecoflow* matter and a corrected cover sheet in the *Ecoflow* shall be filed. (*Id.*)

Dated:  October 7, 2025            PACIFIC TRIAL ATTORNEYS, APC

By:_____
Scott. J. Ferrell
Attorneys for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on October 7, 2025, I filed the foregoing **PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 3)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell

CERTIFICATE OF SERVICE                                          Case No. 25-cv-01988-AJB-DDL