TIFFANY CHEUNG (BAR NO. 211497)
TCheung@mofo.com
CAMILLE FRAMROZE (BAR NO. 332075)
CFramroze@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ELISABETH HUTCHINSON *(admitted pro hac vice)*
EHutchinson@mofo.com
Morrison & Foerster LLP
370 17th Street, Suite 4200
Denver, CO 80202-5638
Telephone: (303) 592-1500
Facsimile: (303) 592-1510

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY, INC. DBA
WWW.EXPRESS-SCRIPTS.COM

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, dba WWW.EXPRESS-SCRIPTS.COM,<br><br>Defendant. | Case No. 3:25-cv-1988 AJB DDL<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:  Hon. Anthony J. Battaglia |

## I.      INTRODUCTION

As the Court noted in its Order to Show Cause, Plaintiff Miguel Esparza's inconsistent statements across multiple proceedings call into question whether venue is proper in this District.  Plaintiff's Civil Cover Sheet indicates that he lives in San Diego County.  However, in a case currently pending in the Central District of California, *Esparza v. Ecoflow Technology Inc.*, in which he is represented by the same counsel, Plaintiff stated in the Civil Cover Sheet filed on July 31, 2025 that he lives in Los Angeles County.  Plaintiff's counsel characterizes the *Ecoflow* representation as an "inadvertent error," but this is not an isolated occurrence. Plaintiff has represented that he resides in Los Angeles County in several other documents filed in the last three months.  In addition, as the Court observed, Plaintiff's counsel has previously made similar venue-related errors in cases brought on behalf of other plaintiffs in this District.  This pattern of contradictory assertions by both Plaintiff and his counsel raises doubts about whether venue is proper here.

## II.     PLAINTIFF'S INCONSISTENT REPRESENTATIONS UNDERMINE HIS VENUE CLAIM

### 1.      Plaintiff's Filings Repeatedly Identify Los Angeles County—Not San Diego County—as His Residence

In *Ecoflow*, Plaintiff identified Los Angeles County as his county of residence on July 31, 2025.  (Civil Cover Sheet, *Esparza v. Ecoflow Technology Inc.*, No. 8:25-cv-01695-MWC-KES (C.D. Cal. July 31, 2025), ECF No. 2.) Following the Court's Order, Plaintiff filed a declaration stating that he resides on Valeta Street in San Diego County and accessed the Express Scripts website from his home in April 2025.  (ECF No. 5 ¶¶ 2-3.)  Plaintiff's counsel filed a declaration characterizing the *Ecoflow* Los Angeles designation as an "inadvertent error." (ECF No. 4 ¶ 5.)  However, Plaintiff's filings regarding his own residence have been repeatedly inconsistent across numerous filings.  Over the last three months,

2

for instance, Plaintiff's county of residence has been identified as both Los Angeles and San Diego over a very short period of time:

| Case | Case No. | Court | Dated Filed | Residence |
|---|---|---|---|---|
| Esparza v. Ecoflow Technology Inc. | 8:25-cv-01695 | C.D. Cal. | July 31, 2025 | Los Angeles[1] |
| Esparza v. Renovate Simply, Inc. | 2:25-cv-07096 | C.D. Cal. | Aug. 1, 2025 | Los Angeles[2] |
| Esparza v. Express Scripts Pharmacy, Inc. | 3:25-cv-01988 | S.D. Cal. | Aug. 3, 2025 | San Diego[3] |
| Esparza v. Redfin Corporation | 2:25-cv-08339 | C.D. Cal. | Sept. 3, 2025 | Los Angeles[4] |
| Esparza v. Truity Psychometrics LLC | 25CU053534C | Super. Ct. San Diego Cnty., Cal. | Oct. 6, 2025 | San Diego[5] |

This repeated oscillation undermines his assertion that he currently resides in San Diego County and that venue is proper in this District.

### 2. Plaintiff's Counsel Also Has a Pattern of Venue-Related Errors

As the Court observed in the Order, this is "not the first time" Plaintiff's counsel has submitted pleadings containing venue deficiencies. (ECF No. 3 at 2 n.1 (citing Order to Show Cause, *Rodriguez v. Brivo Sys. LLC*, No. 25-cv-02050-CAB-

---

[1] *Esparza v. Ecoflow Technology Inc.*, No. 8:25-cv-01695-MWC-KES (C.D. Cal. July 31, 2025), ECF No. 2.

[2] *Esparza v. Renovate Simply, Inc.*, No. 2:25-cv-07096-AGR (C.D. Cal. Aug. 1, 2025), ECF No. 2.

[3] *Esparza v. Express Scripts Pharmacy, Inc.*, No. 3:25-cv-01988-AJB-DDL (S.D. Cal. Aug. 3, 2025), ECF No. 1-1.

[4] Plaintiff's underlying complaint did not include allegations regarding his residence. However, he filed the case in Los Angeles County Superior Court, and upon removal, Defendant's Civil Cover Sheet identified Los Angeles County as Plaintiff's county of residence. *Esparza v. Redfin Corporation*, No. 2:25-cv-08339-JC (C.D. Cal. Sept. 3, 2025), ECF No. 2.

[5] *Esparza v. Truity Psychometrics LLC*, No. 25CU053534C (Super. Ct. San Diego Cnty., Cal. Oct. 6, 2025).

MSB (S.D. Cal. filed Aug. 12, 2025), ECF No. 4; Order to Show Cause, *Rodriguez v. Blaze Pizza, LLC*, No. 25-cv-01850-AJB-DEB (S.D. Cal. filed Sept. 23, 2025), ECF No. 8.).)  Further, in four of the five cases listed in the chart above that summarizes Plaintiff's inconsistent venue allegations, Plaintiff was represented by the *same* Plaintiff's counsel as here.  (*See* Declaration of Tiffany Cheung ("Cheung Decl") ¶ 2.)

## III.  PLAINTIFF'S DECLARATIONS FAIL TO ESTABLISH VENUE IN THIS DISTRICT

Plaintiff's declaration merely states that he lives in San Diego County and accessed the website from his home.  (ECF No. 5.)  These conclusory statements are unsupported by any corroborating evidence and do not dispel the uncertainty created by Plaintiff's representations in other cases.  Furthermore, Express Scripts' counsel has conducted its own research through public records to attempt to corroborate Plaintiff's claimed residence at "Valeta Street in San Diego."  (*Id.* ¶ 2.)  That research did not yield any results linking Plaintiff to that address.  (Cheung Decl. ¶ 3.)

## IV.  CONCLUSION

Given Plaintiff's conflicting venue allegations, Defendant respectfully requests leave to conduct limited discovery of Plaintiff solely on the question of whether venue is proper in this District.

Dated:  October 14, 2025          MORRISON & FOERSTER LLP


By: */s/ Tiffany Cheung*
     Tiffany Cheung

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY,
INC., DBA WWW.EXPRESS-
SCRIPTS.COM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2025, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Tiffany Cheung*
TIFFANY CHEUNG

DEFENDANT'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF
CASE NO. 3:25-CV-1988 AJB DDL