TIFFANY CHEUNG (BAR NO. 211497)
TCheung@mofo.com
CAMILLE FRAMROZE (BAR NO. 332075)
CFramroze@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ELISABETH HUTCHINSON *(admitted pro hac vice)*
EHutchinson@mofo.com
Morrison & Foerster LLP
370 17th Street, Suite 4200
Denver, CO 80202-5638
Telephone: (303) 592-1500
Facsimile: (303) 592-1510

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY, INC. DBA
WWW.EXPRESS-SCRIPTS.COM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA<br><br>              Plaintiff,<br><br>        v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, dba WWW.EXPRESS-SCRIPTS.COM,<br><br>              Defendant. | Case No. 3:25-cv-1988 AJB DDL<br><br>**DECLARATION OF TIFFANY CHEUNG IN RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Anthony J. Battaglia |

I, Tiffany Cheung, hereby declare as follows:

1.    I am an attorney admitted to practice in the State of California.  I am a partner of the law firm of Morrison & Foerster LLP, counsel of record for Defendant Express Scripts Pharmacy, Inc.  I make this declaration in support of Defendant's Response to Plaintiff's Supplemental Brief in Response to the Court's Order to Show Cause.  I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2.    The court dockets in the cases *Esparza v. Ecoflow Technology Inc.*, No. 8:25-cv-01695-MWC-KES (C.D. Cal.); *Esparza v. Renovate Simply, Inc.*, No. 2:25-cv-07096-AGR (C.D. Cal.); *Esparza v. Express Scripts Pharmacy, Inc.*, No. 3:25-cv-01988-AJB-DDL (S.D. Cal.); and *Esparza v. Truity Psychometrics LLC*, No. 25CU053534C (Super. Ct. San Diego Cnty., Cal.), indicate that Plaintiff Miguel Esparza is represented by Pacific Trial Attorneys.

3.    On October 3, 2025, employees of Morrison & Foerster LLP searched public records for information regarding Miguel Esparza's address.  The inquiry did not reveal any records indicating that an individual named Miguel Esparza has resided at Valeta Street in San Diego in the past two decades.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed this 14th day of October in San Francisco, California.


                                        */s/ Tiffany Cheung*
                                        Tiffany Cheung

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 14, 2025, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  October 14, 2025                    By:    */s/ Tiffany Cheung*
                                                        TIFFANY CHEUNG

MF-363494400

DECLARATION OF TIFFANY CHEUNG IN RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF
CASE NO. 3:25-CV-1988 AJB DDL