PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, d/b/a WWW.EXPRESS-SCRIPTS.COM,<br><br>Defendant. | Case No. 25-cv-01988-AJB-DDL<br><br>**DECLARATION OF SCOTT J. FERRELL, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 17)** |

## DECLARATION OF SCOTT J. FERRELL, ESQ.

I, SCOTT J. FERRELL, declare and state as follows:

1. I am an attorney admitted to practice before all courts of the State of California. I am the founding partner of Pacific Trial Attorneys, counsel of record in this action for Plaintiff Miguel Esparza, a party to this action. I have personal knowledge as to all matters set forth in this Declaration, or know them to be true based on my review of the records kept in the regular course of business by my law firm, and could and would competently testify to them under oath if called as a witness. I make this declaration in response to the Court's October 16, 2025, Order Setting Show Cause Hearing for October 23rd regarding venue and related issues (ECF No. 17) ("OSC").

2. I take my professional responsibility duties very seriously. Upon reading the Order expressing the Court's concerns about the "potential professional ethics implications" raised by the filed declarations, I immediately contacted Mr. Esparza and asked him to provide me with indisputable proof that he lives on Valeta Street in San Diego, as averred in his previous declaration.

3. In support of Mr. Esparza's declaration averring that he resides on Valeta Street in San Diego, California, he has provided me with two public records that independently corroborate his residence. **First**, attached hereto as Exhibit "A" is a copy of a "Validated Registration Card" issued by the California Department of Motor Vehicles that remains operative through January of 2026, and which identifies his address as "3982 Valeta Street # 272, San Diego CA 92110." **Second**, attached hereto as Exhibit "B" is his most recent utility bill from San Diego Gas & Electric Company, which also shows his residence as "3982 Valeta Street # 272, San Diego CA 92110.

4. After reviewing the documentation provided to me from Mr. Esparza, I independently confirmed that the above address is in fact a condominium in the "Point Loma" neighborhood of San Diego. See https://www.zillow.com/homedetails/3982-Valeta-St-UNIT-272-San-Diego-CA-92110/16965753_zpid/.

5.     It is my understand from conversations with my partner that this matter may be resolved prior to the hearing scheduled on October 23, 2025.   Nevertheless, if Defendant still wishes to take discovery regarding my client's residence address, we will not oppose it.

6.     As ordered, I will travel to San Diego and appear in person at the Show Cause hearing scheduled for October 23, 2025, at 2:00 PM in Courtroom 4A.  If the Court advises me that it wants any additional evidence or documentation presented at that hearing, I will gather and provide it.  Likewise, if the Court advises me that it wants Mr. Esparza to attend the hearing in person with me, I will ask him to take time off from work to attend the hearing with me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of October 2025, at Gallatin County, Montana.

Scott J. Ferrell, Esq.

DECLARATION OF SCOTT J. FERRELL IN RESPONSE TO ORER TO SHOW CAUSE        Case No. 25-cv-01988-AJB-DDL

## CERTIFICATE OF SERVICE

I, Scott J. Ferrell, an attorney, certify that on October 16, 2025, I filed the foregoing **DECLARATION OF SCOTT J. FERRELL, ESQ. IN RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 17)** via the Court's CM/ECF electronic filing system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Scott J. Ferrell*

Scott J. Ferrell

CERTIFICATE OF SERVICE                                          Case No. 25-cv-01988-AJB-DDL