UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA,<br><br>                              Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC.,<br><br>                              Defendant. | Case No.:  25-cv-01988-AJB-DDL<br><br>**ORDER DISCHARGING OSC AND VACATING HEARING** |

In light of the declaration filed by Plaintiff Counsel, the Court finds that Plaintiff Miguel Esparza has sufficiently demonstrated venue is proper in this District. (*See* Doc. No. 18.) Therefore, the Court **DISCHARGES** the Order to Show Cause and **VACATES** the related hearing previously set for October 23, 2025.[1] Defendant Express Scripts Pharmacy, Inc.'s request for limited pre-answer discovery regarding venue is **DENIED**. Defendant must file a response to the complaint **no later than <u>October 24, 2025</u>**.

**IT IS SO ORDERED.**

Dated:  October 20, 2025

Hon. Anthony J. Battaglia
United States District Judge

---

[1] However, the Court cautions Plaintiff Counsel to take more care with future filings.

1

25-cv-01988-AJB-DDL

25-cv-01988-AJB-DDL