TIFFANY CHEUNG (BAR NO. 211497)
TCheung@mofo.com
CAMILLE FRAMROZE (BAR NO. 332075)
CFramroze@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile:(415) 268-7522

ELISABETH HUTCHINSON *(admitted pro hac vice)*
EHutchinson@mofo.com
Morrison & Foerster LLP
370 17th Street, Suite 4200
Denver, CO 80202-5638
Telephone: (303) 592-1500
Facsimile: (303) 592-1510

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY, INC. DBA
WWW.EXPRESS-SCRIPTS.COM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ESPARZA<br><br>Plaintiff,<br><br>v.<br><br>EXPRESS SCRIPTS PHARMACY, INC., a Delaware entity, dba WWW.EXPRESS-SCRIPTS.COM,<br><br>Defendant. | Case No. 3:25-cv-1988 AJB DDL<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS OR STAY THE ACTION PURSUANT TO THE FIRST-TO-FILE RULE, OR IN THE ALTERNATIVE TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6)**<br><br>Date: January 15, 2026<br>Time: 2 p.m.<br>Courtroom: 4A (4th Floor)<br>Judge:  Hon. Anthony J. Battaglia |

1

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 15, 2026 at 2:00 p.m., or as soon thereafter as counsel may be heard in Courtroom 4A of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Defendant Express Scripts Pharmacy, Inc. ("Express Scripts") will, and hereby does, move this Court for an order dismissing, or in the alternative, staying this action pursuant to the first-to-file rule because it involves substantially similar parties and issues as an earlier filed action pending in the Northern District of California, titled *Lynch v. Express Scripts Holding Company*, No. 3:23-cv-01170.

Alternatively, Express Scripts will, and hereby does, move this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing Plaintiff's complaint on the grounds that Plaintiff lacks Article III standing, and that each cause of action alleged therein fails to state a claim upon which relief can be granted.

The motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Tiffany Cheung and the exhibits attached thereto, Express Scripts' Request for Judicial Notice, and such arguments as may be presented at the time of the hearing.

Dated:  October 24, 2025

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
Tiffany Cheung

Attorneys for Defendant
EXPRESS SCRIPTS PHARMACY, INC., DBA WWW.EXPRESS-SCRIPTS.COM

2